## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Tawnya and Carlton China          :          CHAPTER 13
:
:
DEBTOR(S)          :          CASE NO.:  17-13666

### CERTIFICATION OF NO RESPONSE

      I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>March 15, 2018</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

      I respectfully request that the Court enter the attached Order.


Dated:  April 4, 2018                                              /s/ Georgette Miller
                                                                         Georgette Miller

                                                                         Law Offices of Georgette Miller Esq., P.C
                                                                         335 Evesham Avenue
                                                                         Lawnside, NJ 08045
                                                                         856-323-1100
                                                                         Bar I.D. 86358
                                                                         Attorney for Debtor

{00312328;v1}