# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Carlton China<br>            Tawnya China<br><br>                        Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br><br>                        Movant<br>        vs. | NO. 17-13666 amc |
| Carlton China<br>Tawnya China<br><br>                        Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br><br>                        Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 TOYOTA HIGHLANDER, VIN: 5TDJKRFH0GS239295  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Signed this  25th    day of February, 2020.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc: See attached service list

Carlton China
1872 Willow Avenue
Willow Grove, PA 19090

Tawnya China
1872 Willow Avenue
Willow Grove, PA 19090

Georgette Miller, Esq.
Law Office of Georgette Miller Esq. PC
335 Evesham Avenue
Lawnside, NJ 08045

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532