United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-13666-amc
Tawnya China                                                          Chapter 13
Carlton China
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: TashaD           Page 1 of 1           Date Rcvd: Feb 25, 2020
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
db/jdb        +Tawnya China,   Carlton China,   1872 Willow Avenue,   Willow Grove, PA 19090-3720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
              GEORGETTE   MILLER    on behalf of Joint Debtor Carlton   China info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              GEORGETTE   MILLER    on behalf of Debtor Tawnya   China info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Siwell INC. D/B/A Capital Mortgage Services of Texas
               pa-bk@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Carlton China<br>             Tawnya China<br><u>Debtor(s)</u> | CHAPTER 13 |
| Toyota Lease Trust<br><u>Movant</u><br>       vs. | NO. 17-13666 amc |
| Carlton China<br>Tawnya China<br><u>Debtor(s)</u> | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br><u>Trustee</u> | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 TOYOTA HIGHLANDER, VIN: 5TDJKRFH0GS239295  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Signed this  25th    day of February, 2020.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc: See attached service list

Carlton China
1872 Willow Avenue
Willow Grove, PA 19090

Tawnya China
1872 Willow Avenue
Willow Grove, PA 19090

Georgette Miller, Esq.
Law Office of Georgette Miller Esq. PC
335 Evesham Avenue
Lawnside, NJ 08045

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532