Certificate Number: 15317-PAE-DE-036057401

Bankruptcy Case Number: 17-13666



15317-PAE-DE-036057401

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 11, 2021</u>, at <u>7:59</u> o'clock <u>PM PDT</u>, <u>Tawnya China</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 11, 2021</u>         By:    <u>/s/Eric Reyes</u>

                                        Name:  <u>Eric Reyes</u>

                                        Title: <u>Certified Counselor</u>