**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 BANKRUPTCY |
| | ) | |
| TAWNYA CHINA & | ) | CASE NO: 17-13666-ELF |
|    CARLTON CHINA, | ) | |
| | ) | |
|    DEBTOR(S) | ) | |

## NOTICE

Debtors Tawnya & Carlton China have filed the attached Motion for Permission to Refinance Real Estate with this Court. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** If you want the court to consider your views on the Motion, then on or before 2/25/2022 you or your attorney must:
File with the court a written response at:

> U.S. Bankruptcy Court
> 900 Market Street
> Philadelphia, PA 19107
> Attn: Bankruptcy Clerk

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to:

> Michelle Lee, Esquire
> Margolis Edelstein
> 170 S Independence Mall W., Ste. 400E
> Philadelphia, PA 19106

You or your attorney must attend the hearing scheduled for **March 15, 2022, at 1:00PM**. v**ia TELEPHONE CONFERENCE**. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date : 2/11/2022                    /s/ Michelle Lee
                                    Michelle Lee, Esquire
                                    Margolis Edelstein
                                    170 S Independence Mall W., Ste. 400E
                                    Philadelphia, PA 19106
                                    mlee@margolisedelstein.com