**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 13 BANKRUPTCY** |
| | ) | |
| **TAWNYA CHINA &** | ) | **CASE NO: 17-13666-ELF** |
| **CARLTON CHINA,** | ) | |
| | ) | |
| **DEBTOR(S)** | ) | |

# **ORDER**

AND NOW, upon consideration of Debtors, Tawnya & Carlton China's Motion for Permission to Refinance Real Estate, and after a hearing, it is hereby **ORDERED** that the Motion is **GRANTED**.

Dated: 3/17/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**