United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 17-13666-elf
Tawnya China  Chapter 13
Carlton China
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: Apr 29, 2022 | Form ID: 138OBJ | Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tawnya China, Carlton China, 1872 Willow Avenue, Willow Grove, PA 19090-3720 |
| 13924369 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 13924372 | + | Capital Mtg Svcs Of Te, 4212 50th St, Lubbock, TX 79413-3810 |
| 13957007 | + | First Associates Loan Servicing, LLC, as agent for Loan Depot, LLC, PO Box 503430, San Diego, CA 92150-3430 |
| 13924383 | + | Freedom Cu, 626 Jacksonville Rd Ste, Warminster, PA 18974-4872 |
| 14019359 | + | Loan Depot, LLC, 26642 Towne Center Drive, Foothill Ranch, CA 92610-2808 |
| 13924388 | + | Mmca/c1, Attention: Banktruptcy Department, 3120 Rider Trail S, Earth City, MO 63045-1518 |
| 13941142 | + | Police and Fire Federal Credit Union, 901 Arch Street, Phila., Pa. 19107-2495 |
| 14106768 | + | Siwell Inc., d/b/a Capital Mortgage, Services of Texas, 4212 50th Street, PO Box 6338, Lubbock, TX 79493-6338 |
| 13924390 | | Sunterra Financial Srv, Inc, Attn: Bankruptcy, 3865 W Cheyenne Ave, Las Vegas, NV 89135 |
| 13949009 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 13924396 | + | Tdrcs/raymour & Flanig, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 13924399 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 29 2022 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 29 2022 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 29 2022 23:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13924369 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 29 2022 23:47:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 13924370 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 29 2022 23:47:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 13924374 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2022 23:54:10 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13997107 | | Email/Text: bnc-quantum@quantum3group.com | Apr 29 2022 23:47:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 13924375 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2022 23:54:06 | Citibank/Sears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13924376 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 17-13666-elf   Doc 62   Filed 05/01/22   Entered 05/02/22 00:33:56   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 29, 2022 | Form ID: 138OBJ | Total Noticed: 51 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 29 2022 23:54:10 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13924377 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2022 23:47:00 | Comenity Bank/Mandees, Po Box 182125, Columbus, OH 43218-2125 |
| 13924378 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2022 23:47:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 13924379 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2022 23:47:00 | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 13924380 | | Email/PDF: DellBKNotifications@resurgent.com | Apr 29 2022 23:54:06 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 13924398 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2022 23:54:06 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 13996804 | | Email/Text: bnc-quantum@quantum3group.com | Apr 29 2022 23:47:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13931714 | | Email/Text: mrdiscen@discover.com | Apr 29 2022 23:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13924381 | + | Email/Text: mrdiscen@discover.com | Apr 29 2022 23:47:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 13924382 | | Email/Text: EBNBKNOT@ford.com | Apr 29 2022 23:47:00 | Ford Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 13924384 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Apr 29 2022 23:47:00 | Hsbc Bank Usa, Na, Po Box 2013, Buffalo, NY 14240-2013 |
| 14123499 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 29 2022 23:47:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 13924373 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 29 2022 23:54:09 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 13976316 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2022 23:54:06 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13982169 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2022 23:54:06 | LVNV Funding, LLC its successors and assigns as, assignee of Rivernorth Marketplace, Lending Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14028448 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2022 23:54:10 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 13924386 | + | Email/Text: bk@lendingclub.com | Apr 29 2022 23:47:00 | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 13924385 | + | Email/Text: bk@lendingclub.com | Apr 29 2022 23:47:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 13992446 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 29 2022 23:47:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13924389 | + | Email/Text: bankruptcynotices@psecu.com | Apr 29 2022 23:47:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 13987717 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2022 23:54:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13925063 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 29 2022 23:54:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13953290 | + | Email/Text: bankruptcynotices@psecu.com | Apr 29 2022 23:47:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 13987434 | | Email/Text: bnc-quantum@quantum3group.com | Apr 29 2022 23:47:00 | Quantum3 Group LLC as agent for, MOMA |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 29, 2022 | Form ID: 138OBJ | Total Noticed: 51 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13924391 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 23:54:09 | Synchrony Bank/ JC Penney, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13924392 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 23:54:14 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13924393 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 23:54:05 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13924394 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 23:54:05 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13949009 | + | Email/Text: tdebn@credbankserv.com | Apr 29 2022 23:47:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 13924397 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 29 2022 23:47:00 | Toyota Mtr, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 13924395 | + | Email/Text: jrice@taylorbean.com | Apr 29 2022 23:47:00 | Taylor, Bean & Whitake, Attn: Bankruptcy, 1417 N Magnolia Ave, Ocala, FL 34475-9078 |
| 13948279 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 29 2022 23:47:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13924371 | | Cap1/bstby |
| 13924387 | | Loandepo.co |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 01, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Siwell INC. D/B/A Capital Mortgage Services of Texas logsecf@logs.com cistewart@logs.com;cdenardo@logs.com |
| GEORGETTE MILLER | on behalf of Joint Debtor Carlton China Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| GEORGETTE MILLER | on behalf of Debtor Tawnya China Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 29, 2022 | Form ID: 138OBJ | Total Noticed: 51 |

KENNETH E. WEST
 ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
 on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

KEVIN S. FRANKEL
 on behalf of Creditor Siwell INC. D/B/A Capital Mortgage Services of Texas pa-bk@logs.com

KRISTEN D. LITTLE
 on behalf of Creditor Siwell INC. D/B/A Capital Mortgage Services of Texas logsecf@logs.com  cistewart@logs.com

REBECCA ANN SOLARZ
 on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Tawnya China and Carlton China
       Debtor(s)

Case No: 17−13666−elf
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          900 Market Street
            Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/29/22